UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GARY LEE SNIDARICH,

                    Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

CASE NO. C13-6068BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

        This matter comes before the Court on the Report and Recommendation ("R&R")

of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 19. The Court

having considered the R&R and the remaining record, and no objections having been

filed, does hereby find and order as follows:

        (1)     The R&R is **ADOPTED**;

        (2)     Defendant's decision is **REVERSED**; and

        (3)     This action is **REMANDED** for further administrative proceedings in
                accordance with the findings contained in the R&R.

        Dated this 18th day August, 2014.


                                        _____
                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER